704   IN RE MOLITOR PATENT LITIGATION

| Date | No. | Description |
|---|---|---|
| 86/08/12 | 1 | MOTION/BRIEF/SCHEDULE A-1 THRU A-4 & CERT. OF SVC. -- Plaintiffs Spalding & Evenflo Co., Inc. -- SUGGESTED TRANSFEREE DISTRICT; Northern District of Illinois -- SUGGESTED TRANSFEREE JUDGE? (tmq) |
| 86/08/15 | | HEARING ORDER -- Setting motion of Spalding & Evenflo Co., Inc. for transfer of A-1 thru A-4 -- On September 25, 1986 in Pittsburgh, Pa. (paa) |
| 86/08/21 | 2 | REQUEST FOR EXTENSION OF TIME -- To Ben Hogan Company -- GRANTED TO ALL PARTIES to and including September 3, 1986. (tmq) |
| 86/08/22 | | APPEARANCES -- George P. McAndrews, Esquire for SPALDING & EVENFLO COMPANIES, INC. Plaintiffs in (A-1, A-2, A-3, A-4); John W. Chestnut, Esquire for WILSON SPORTING GOODS CO.; James P. Ryther, Esquire for RAM GOLF CORPORATION; Ford F. Farabow, Jr., Esquire for BEN HOGAN CO.; Jack H. Watson, Jr., Esquire for MACGREGOR GOLF COMPANY (tmQ) |
| 86/09/03 | 3 | RESPONSE (to pldg. #1) -- Plaintiff MacGregor Golf Company -- w/cert. of svc. (tmq) |
| 86/09/03 | 4 | RESPONSE, MEMORANDUM, APPENDIX W/EXHIBITS A-E -- deft. Ben Hogan -- w/cert. of service (OFFICIAL FILE COPY IS EXPURGATED, ALL CONFIDENTIAL INFORMATION IS FILED UNDER SEAL) (cds) |
| 86/09/09 | 5 | LETTER (correcting Pldg. #4) -- deft. Ben Hogan -- w/cert. of service (OFFICIAL FILE COPY IS EXPURGATED, ALL CONFIDENTIAL INFORMATION IS FILED UNDER SEAL) (cds) |
| 86/09/10 | 6 | AFFIDAVIT -- Nicholas T. Sarge -- re pldg. #3 -- MacGregor Golf Co. -- w/cert. of svc. (tmq) |
| 86/09/11 | 7 | REPLY -- SPAULDING & EVENFLO CO., w/Special Master Robert W. Merserve Confidential Report (OFFICIAL FILE COPY IS EXPURGATED, ALL CONFIDENTIAL INFORMATION IS FILED UNDER SEAL) and cert. of svc. (tmq) |
| 86/09/16 | 8 | LETTER, signed by Ford Farabow, counsel for Ben Hogan Co. -- forwarding new page 7 for pldg. #4 and new page 2 for pldg. #7 -- (these new pages have been inserted in the official file and the old pages discarded) (cds) |
| 86/09/25 | | ALL PARTIES WAIVED ORAL ARGUMENT (cds) |

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 704 -- IN RE MOLITOR PATENT LITIGATION

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 86/10/15 | | CONSENT OF TRANSFEREE DISTRICT -- for transfer of actions to the Northern District of Illinois for assignment to Judge Getzendanner. (paa) |
| 86/10/15 | | TRANSFER ORDER -- Transferring A-3 & A-4 to the Northern District of Illinois for assignment to the Honorable Susan Getzendanner, for pretrial proceedings. NOTIFIED INVOLVED CLERKS, JUDGES, COUNSEL & MISC. RECIPIENTS (paa) |
| 87/02/18 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-5 Spalding, etc. v. Cayman Golf Co., Inc., Ga.,M., #87-10-ALB-AMER; B-6 Spalding, etc. v. Hugh J. McLaughlin & Son, Inc., Ind.,N., #H87-0027; B-7 Spalding, etc. v. Exim Sales Corp., N.Y.,E., #CV87-0090 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 87/03/02 | 9 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (B-7) Spalding, etc. v. Exim Sales Corpo., N.Y.,E., #CV-87-0090 -- deft. Exim Sales Corp. (cds) |
| 87/03/04 | 10 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- B-5 Spalding, etc. v. Cayman Golf Co., Inc., M.D. Ga., #87-10-ALB-AMER -- filed by deft. Cayman Golf Co. -- w/cert. of service (cds) |
| 87/03/06 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-6 Spalding, etc. v. McLaughlin and Son, Inc., N.D. Ind., #H87-0027 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 87/03/23 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDERS -- B-5 Spalding & Evenflo Companies, Inc. v. Cayman Golf Company, Inc., M.D. Georgia, C.A. No. 87-10-ALB-AMER and B-7 Spalding & Evenflo Companies, Inc. v. Exim Sales Corp., E.D. New York, C.A. No. CV-87-0090 -- Notified involved judges, clerks and counsel (rh) |
| 88/05/24 | 11 | REASSIGNMENT ORDER -- filed in N.D. Illinois and signed by Judge John F. Grady on February 4, 1988 reassigning litigation to Judge James B. Moran (ds) |
| 88/05/24 | | ORDER REASSIGNING LITIGATION -- to Judge James B. Moran for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 -- Notified involved clerk, judges and counsel (ds) |
| 12/12/96 | | Sent letter to Ford Farabow, JR., Esq. and George McAndrews of shredding pldgs. 4 & 5. |
| 12/26/96 | | Shredded pldg. 4 - Response and 5 - letter. (vmc) |

```
JPML Form 1
   Revised: 8/78
                    DOCKET NO. 704 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:  IN RE MOLITOR PATENT LITIGATION
```

## SUMMARY OF LITIGATION

| Hearing Dates September 25, 1986 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | October 15, 1986 May 24, 1988 | TO (Reassignment) | Unpublished | N.D. Ill. | ~~Susan Getzendanner~~ James B. Moran | |

### Special Transferee Information

Dkt. Clerk
Tyra Morgan   F75-435-54...

DATE CLOSED: 2/26/91

JPML FORM 1

LISTING OF INVOLVED ACTIONS

Northern District of Illinois
Honorable James B. Moran

DOCKET NO. 704 -- IN RE MOLITOR PATENT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Spalding & Evenflo Co., Inc. v. Wilson Sporting Goods Company | Ill.,N. Getzendanner | 86-C-0971 | — — | — — | 10/3/89 D | |
| A-2 | Spalding & Evenflo Co., Inc. v. Ram Golf Corp. | Ill.,N. Getzendanner | 86-C-0972 | | | 1/26/82 D | |
| A-3 | Spalding & Evenflo Co., Inc. v. Ben Hogan Co. | Tex.,N. Mahon | 86-116E | 10/15/86 | 86-C-9877 | 7/25/91 | |
| A-4 | Spalding & Evenflo Co., Inc. v. MacGregor Golf Co. | Ga.,M. Owens Fitzpatrick | 86-17-ALB-AMER | 10/15/86 | 86-C-946 | 5/16/91 D | |
| B-5 | Spalding & Evenflo Companies, Inc v Cayman Golf Company, Inc 2/18/87 opposed 3/4/87 | Ga.,M Fitzpatrick | 87-10-ALB-AMER | 3-23-87 | 87-C-203 | 10/14/88 D | |
| B-6 | Spalding & Evenflo Companies, Inc. v. Hugh J. McLaughlin and Son, Inc 2/18/87 | Ind.,N Kanne | H87-0027 | 3/6/87 | 87-C-7007 | 7/26/91 D | |
| B-7 | Spalding & Evenflo Companies, Inc. v Exim Sales Corp. 2/18/87 opposed 3/2/87 | N.Y.,E. Sifton | CV87-0090 | 3-23-87 | 87-C-3867 | 7/01/91 D | |

July 1987 - 5 TR / 2 X&2 / 7 Pdg.
July 1988 - same
July 1989 - 2 dismissed / 5 pending
July 1990 - 1 Dis / 4 pending
July 1991 - 1 Dis / 3 pending
July - 1992 - Litigation Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 704 -- IN RE MOLITOR PATENT LITIGATION

---

SPALDING & EVENFLO COMPANIES, INC.
(A-1, A-2, A-3, A-4)(B-5 - B-7)
George P. McAndrews, Esquire
Allegretti, Newitt, Witcoff & McAndrews, Ltd.
125 South Wacker Drive
Chicago, Illinois 60606

WILSON SPORTING GOODS CO.
John W. Chestnut, Esquire
Tilton, Fallon, Lungmus & Chestnut
100 S. Wacker Drive, Suite 960
Hartford Plaza
Chicago, Illinois 60606-4002

RAM GOLF CORPORATION
James P. Ryther, Esquire
McDougall, Hersh & Scott
135 South LaSalle Street
Chicago, Illinois 60603

BEN HOGAN CO.
Ford F. Farabow, Jr., Esquire
Finnegan, Henderson, Farabow, Garret & Dunner
1775 K Street, N.W.
Washington, D.C. 20006

MACGREGOR GOLF COMPANY
Jack H. Watson, Jr., Esquire
Long, Aldridge & Norman
750 Corporate Center Two
Two Concourse Parkway
Atlanta, Georgia, 30328-5347

CAYMAN GOLF COMPANY, INC.
Edgar B. Wilkens, Jr., Esq.
Devine, Wilkens, Deriso, Raulerson & Fields
Post Office Box 64
Albany, GA 31703

HUGH J. McLAUGHLIN & SON, INC.
Leon R. Kaminski, Esq.
Newly, Lewis, Kaminski & Jones
916 Lincoln Way
Post Office Box 1816
LaPorte, IN 46350-1816

EXIM SALES CORP.
Jack D. Glazer, Esq.
Glazer & Franklin
1015 Merrick Road
Copiague, NY 11726

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 704 -- IN RE MOLITOR PATENT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| WILSON SPORTING GOODS COMPANY ✓ | A-1 |
| RAM GOLF CORP. ✓ | A-2 |
| BEN HOGAN CO. ✓ | A-3 |
| MACGREGOR GOLF COMPANY ✓ | A-4 |
| Cayman Golf Co., Inc. | B-5 |
| Hugh J. McLaughlin and Son, Inc | B-6 |
| Exim Sales Corp. | B-7 |

p. 1