F D ... ... ...
FILED

OCT 15 1982

PATRICIA D. ...
CLERK OF THE ... ...

DOCKET NO. 704

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MOLITOR PATENT LITIGATION

TRANSFER ORDER*

This litigation presently consists of four actions pending in three federal districts:  two actions in the Northern District of Illinois and one action each in the Middle District of Georgia and Northern District of Texas.  Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by Spalding & Evenflo Company, Inc., the plaintiff in all actions, to transfer the Georgia and Texas actions to the Northern District of Illinois for coordinated or consolidated pretrial proceedings with the two actions pending there.  The Georgia and Texas defendants oppose Section 1407 transfer.

On the basis of the papers filed,[1] the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Northern District of Illinois will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.  All actions concern the validity and scope of United States Patent No. 3,819,768.  Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Northern District of Illinois is the appropriate transferee forum.  We note that two of the four actions are pending there and that the presiding judge has already consolidated these two Illinois actions for pretrial proceedings.

---

*    Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

[1]    The parties waived oral argument and accordingly the question of transfer under Section 1407 was submitted on the briefs.  Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

-2-

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Northern District of Illinois be, and same hereby are, transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Susan Getzendanner for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-704 -- In re Molitor Patent Litigation

Northern District of Illinois

Spalding & Evenflo Co., Inc. v. Wilson Sporting Goods
Company, C.A. No. 86-C-0971

Spalding & Evenflo Co., Inc. v. Ram Golf Corp., C.A. No.
86-C-0972

Northern District of Texas

Spalding & Evenflo Co., Inc. v. Ben Hogan Co., C.A. No.
86-116E

Middle District of Georgia

Spalding & Evenflo Co., Inc. v. MacGregor Golf Co., C.A. No.
86-17-ALB-AMER



MAY 24 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 704

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MOLITOR PATENT LITIGATION

ORDER REASSIGNING LITIGATION

The actions in the above litigation have been reassigned to the Honorable James B. Moran, in accordance with the Local Rules for the United States District Court for the Northern District of Illinois.

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable James B. Moran, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE PANEL:

_____
Andrew A. Caffrey
Chairman